ELECTRONICALLY FILED




FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/7/2015 1:02:55 PM
CHRISTOPHER A. PRINE
Clerk

**John D. Kinard**
**District Clerk**

**January 07, 2015**

**First Court of Appeals**
**Christopher A Prine Clerk of Court**
**301 Fannin 2nd floor**
**Houston TX 77002-2066**

## NOTICE OF ASSIGNMENT ON APPEAL

IN RE: Cause No**. 10-FD-1929,** Styled **In Re: In the Interest of a Child/ren-** Filed in **County Court at Law No. 2** of Galveston County, Texas

Dear Clerk:

Please find enclosed a copy of the (**accelerated)** notice of appeal filed in the above case. This case is assigned to the **1st** Court of Appeals, Houston, Texas.

Please note the following information:
**Date of Appealable Order or Judgment: 10/08/2014**
**Notice of Appeal: January 5, 2015 & January 6, 2015 (First Amended)**
**Motion for New Trial filed: None**
**Request for Finding of Facts and Conclusions of Law filed: None**
**Trial Judge: Barbara Roberts**
**Court Reporter: Jana Fowler**

Request is hereby made that all parties immediately file any designation of material to be included in the Clerk's record. Any 'Motions for Extension of Time' to file the record on appeal must be filed directly with the Court of Appeals. A copy of this assignment letter is being mailed to all counsel of record.

Sincerely,

**John D. Kinard**, District Clerk
Galveston County, Texas

By: /s/ **Faye Edwards,** Deputy

*600 59th Street, Room 4001, P. O. Box 17250, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424 Fax (409) 766-2292*

Copy sent to

Erin L. Groce, Appellant
Attorney For Bobby Jo Smith
1120 Nasa Parkway, Suite 308
Houston, Texas 77058
Erin@grocelegal.com

Ryan A. Beason, Appellee
Attorney for Shankeshia Dominique Turner
18333 Egret Bay Blvd. Suite 33
Houston, Texas 77058
rbeason@galyen.com

Charlotte J Jernigan
Office of the Attorney General-Child Support Division
5300 FM. 2004 Rd
Lamarque, TX 77568
Charlotte.jernigan@cs.oag.state.tx.us

Hand Delivered
Jana Fowler-Court Reporter County Court Two
600 59th Street, Suite 2204
Galveston, TX 77551
jana.fowler@co.galveston.tx.us

1/5/2015 3:39:47 PM
JOHN D. KINARD
District Clerk
Galveston County, Texas

ELECTRONICALLY FILED

NO. 10-FD 1929

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN COUNTY COURT AT LAW |
| | § | |
| B.J.S. | § | NUMBER 2 |
| | § | |
| A CHILD | § | GALVESTON COUNTY, TEXAS |

## NOTICE OF APPEAL

This Notice of Appeal is filed by Bobby Jo Smith, Respondent, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1. The trial court, cause number, and style of this case are as shown in the caption above.
2. The judgment or order appealed from was signed on October 8, 2015.
3. Bobby Jo Smith desires to appeal from all portions of the judgment.
4. This appeal is being taken to either the First or Fourteenth Court of Appeals.
5. This notice is being filed by Bobby Jo Smith.
6. This is an accelerated appeal. This is not a parental termination case or a child protection case.
7. Appellant is presumed indigent and may proceed without advance payment of costs.

Respectfully submitted,

Groce Law Office PLLC
1120 NASA Parkway, Suite 308
Houston, Texas 77058
Tel: (281) 333-3833
Fax: (281) 617-4226
E-mail: erin@grocelegal.com

By:____________________
Erin L. Groce
State Bar No. 24054546
Attorney for Bobby Jo Smith

### Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

ELECTRONICALLY FILED

| | |
|---|---|
| Party: | Shankeshia Dominique Turner |
| Lead attorney: | Ryan A. Beason, Bailey & Galyen |
| Address of service: | 18333 Egret Bay Blvd. Suite 333, Houston, Texas 77058 |
| Method of service: | by fax (281) 335-4774 |
| Date of service: | January 5, 2015 |

| | |
|---|---|
| Party: | Office of Attorney General – Child Support Division |
| Lead attorney: | N/A |
| Address of service: | 5300 FM 2004, La Marque, Texas 77568 |
| Method of service: | by fax (409) 986-9663 |
| Date of service: | January 5, 2015 |

Erin L. Groce
Attorney for Respondent

ELECTRONICALLY FILED

1/6/2015 5:07:47 PM
JOHN D. KINARD
District Clerk
Galveston County, Texas

**NO. 10-FD 1929**

| | | |
|---|---|---|
| **IN THE INTEREST OF** | § | **IN COUNTY COURT AT LAW** |
| | § | |
| **B.J.S.** | § | **NUMBER 2** |
| | § | |
| **A CHILD** | § | **GALVESTON COUNTY, TEXAS** |

## FIRST AMENDED NOTICE OF APPEAL OF THE ORDER FOR ENFORCEMENT OF CHILD SUPPORT ORDER AND ORDER TO APPEAR

This Notice of Appeal is filed by Bobby Jo Smith, Respondent, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1. The trial court, cause number, and style of this case are as shown in the caption above.
2. The judgment or order appealed from was signed on October 8, 2014.
3. Bobby Jo Smith desires to appeal from all portions of the judgment.
4. This appeal is being taken to either the First or Fourteenth Court of Appeals.
5. This notice is being filed by Bobby Jo Smith.
6. This is an accelerated appeal. This is not a parental termination case or a child protection case.
7. Appellant is presumed indigent and may proceed without advance payment of costs.

Respectfully submitted,

Groce Law Office PLLC
1120 NASA Parkway, Suite 308
Houston, Texas 77058
Tel: (281) 333-3833
Fax: (281) 617-4226
E-mail: erin@grocelegal.com

By:________________________
Erin L. Groce
State Bar No. 24054546
Attorney for Bobby Jo Smith

### Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

ELECTRONICALLY FILED

Party: Shankeshia Dominique Turner
Lead attorney: Ryan A. Beason, Bailey & Galyen
Address of service: 18333 Egret Bay Blvd. Suite 333, Houston, Texas 77058
Method of service: by fax (281) 335-4774
Date of service: January 6, 2015

Party: Office of Attorney General – Child Support Division
Lead attorney: N/A
Address of service: 5300 FM 2004, La Marque, Texas 77568
Method of service: by fax (409) 986-9663
Date of service: January 6, 2015

Erin L. Groce
Attorney for Respondent

ELECTRONICALLY FILED

JOHN D. KINARD
CLERK DISTRICT COURT
FILED
1:35pm
DEC 06 2013
GALVESTON COUNTY, TEXAS
BY ________ DEPUTY

Cause Number: 10FD1929
(The Clerk's office will fill in the Cause Number when you file this form.)

Petitioner/ Plaintiff ____________

In the (check one):
____________ (Court Number)
☐ District Court
☐ County Court at Law
☐ Justice of the Peace

Respondent/ Defendant ____________

____________ (County) County, Texas

# Affidavit of Indigency

*(Request to Not Pay Court Fees)*

Use this form to ask the court not to charge you for court fees. This form is also called an "Affidavit of Inability to Pay Court Costs" or a "Pauper's Oath." You can only use this form if: (1) you get public benefits because you are poor or (2) you can't pay court fees.
The information you give on this form must be current, complete, true and correct.

You must either 1) sign this form in front of a notary public or 2) sign this form and sign and attach a completed "Unsworn Declaration" form. By signing in front of a notary, you *swear under oath* that the information provided is true and correct. By signing and attaching an "Unsworn Declaration" form, you *declare under penalty of perjury* that the information provided is true and correct.

**You can be prosecuted if you lie on this form.**
The court may or may not approve this request to not pay court fees. The court may order you to answer questions about your finances at a hearing. At that hearing you will have to present evidence to the judge of your income and expenses to prove that you have no ability to pay court fees.

① **The person who signed this affidavit appeared, in person, before me, the undersigned notary, and stated under oath:**
"My name is Bobby D Smith SR My phone number is 281 683 6278
"My mailing address is 2404 Holly DR Dickinson TX 77539
"I am above the age of eighteen (18) years, and I am fully competent to make this affidavit. I am unable to pay court costs. The nature and amount of my income, resources, debts, and expenses are described in this form.

*Check ALL boxes that apply and fill in the blanks describing the amounts and sources of your income.*

② "I receive these **public benefits**/government entitlements that are based on indigency:
☐ SSI ☑ WIC ☑ Food Stamps/SNAP ☐ TANF ☑ Medicaid ☐ CHIP ☐ AABD
☐ Needs-based VA Pension ☐ County Assistance, County Health Care, or General Assistance (GA)
☐ LIS in Medicare ("Extra Help") ☐ Community Care via DADS ☐ Low-Income Energy Assistance
☐ Emergency Assistance ☐ Child Care Assistance under Child Care and Development Block Grant
☑ Public Housing Section 8 ☐ Other: *(Describe)* Case# 1012457387
*If you receive any of the above public benefits, attach proof and label it "Exhibit: Proof of Public Benefits"*

③ ✓ My **income sources** are stated below. *(Check all that apply)*
☑ Unemployed since: *(date)* 01/2012 -or-
☐ Wages: I work as a ____________ *Your job title* for ____________ *Your employer*
☐ Child/spousal support ☑ My spouse's income or income from another member of my household *(if available)*
☐ Tips, bonuses ☐ Military Housing ☐ Worker's Comp ☐ Disability ☐ Unemployment ☐ Social Security
☐ Retirement/Pension ☐ Dividends, interest, royalties ☐ 2nd job or other income: ____________ *(describe)*

④ "My **income amounts** are stated below.

| | | |
|---|---|---|
| (a) My monthly net income *after taxes* are taken out is: | *Total income after taxes* → | $ 0 |
| (b) The amount I receive each month in public benefits is: | *Total amount received* → | + $ 0 |
| (c) The amount of income from other people in my household is:* | *Total amount received* → | + $ 0 |
| (d) The amount I receive each month from other sources is: | *Total amount received* → | + $ 0 |
| (e) My TOTAL monthly income is | *Add all sources of income above* → | = $ |

*List this income only if other members contribute to your household income.

10-FD-1929
DCAFIPC
Affidavit of Inability to Pay Costs
763615



© TexasLawHelp.org - *Affidavit of Indigency*, November 2012

⑤ About my **dependents**: "The people who depend on me financially are listed below:

| | Name | Age | Relationship to Me |
|---|---|---|---|
| 1 | Brayden Smith | 2 | Son |
| 2 | Christian Jones | 8 | Step Son |
| 3 | Trevon Bell | 7 | Step Son |
| 4 | | | |
| 5 | New Born due 12/9/13 (male) | | Son |
| 6 | | | |

⑥ "My **property** includes:

| | Value* |
|---|---|
| Cash | $ 0 |
| Bank accounts, other financial assets *(List)* | |
| | $ |
| | $ |
| | $ |
| Vehicles (cars, boats) *(List make and year)* 0 | |
| | $ |
| | $ |
| | |
| | $ |
| Real estate (house or land) *(Do not list the house you live in.)* 0 | |
| | $ |
| | $ |
| Other property (like jewelry, stocks, etc.) *(Describe)* 0 | |
| | $ |
| | $ |
| Total value of property → | = $ |

*The value is the amount the item would sell for less the amount you still owe on it (if anything)

⑦"My monthly **expenses** are:

| | Amount |
|---|---|
| Rent/house payments/maintenance | $ 360.00 |
| Food and household supplies | $ 459.00 |
| Utilities and telephone | $ 140.00 |
| Clothing and laundry | $ 0 |
| Medical and dental expenses | $ 0 |
| Insurance (life, health, auto, etc) | $ 137.00 |
| School and child care | $ 600.00 monthly |
| Vehicle payments | $ 0 |
| Gas, bus fare, auto repair | $ 75 wk |
| Child / spousal support | $ 0 |
| Wages withheld by court order | $ 0 |
| Debt payments | $ 0 |
| Other expenses *(Describe)* | $ |
| water | $ 75 monthly |
| lights | $ 206.00 monthly |
| | $ |
| Total monthly Expenses → | = $ 2,052 |

⑧ "My **debts** include: *List debt and amount owed.* 0

*To list any other facts you want the court to know, such as unusual medical expenses, family emergencies, etc., attach another page to this form and label it "Exhibit: Additional Supporting Facts." Check here if you attach another page.* ☐

⑨ **"I am unable to pay court costs. I verify that the statements made in this affidavit are true and correct."**

⑩ **Your Signature.** *You must either: 1) sign this form in front of a notary public or 2) sign this form and sign and attach a completed "Unsworn Declaration" form.*

▶ B Smith [signature] 12/6/13

*Your Signature* *Date*

State of Texas

*Notary fills out this section if you are signing in front of a notary.*

*Notary stamp here*

County of ______

*Print the name of county where this Affidavit is notarized.*

Sworn to and subscribed before me today, ______ , by ______

*Date* *Print name of person who is signing this Affidavit. NOT the notary's name.*

▶ ______

*Notary's Signature*



© TexasLawHelp.org - *Affidavit of Indigency*, November 2012